UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

KENYA JOHNSON,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---------------------------------------------------------------X

26-CV-06419 (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A complaint and record having been filed in this matter, IT IS HEREBY ORDERED as follows:

1. Pursuant to Rule 5, 6, and 7 the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), the following briefing schedule is in effect:

(A) Plaintiff shall file their brief for requested relief on or before **December 11, 2026**.

(B). The defendant shall file their brief in opposition on or before **January 11, 2027**. The defendant shall file a brief justifying the agency's decision even if plaintiff has failed to file a brief.

(C). Plaintiff may file a reply brief on or before **January 25, 2027**.

2. The brief of each side shall contain a summary of those parts of the administrative record that each side contends should be considered for purposes of review of the agency's decision. Each statement in a party's summary of the record shall be followed by a citation to the appropriate page of the record. If defendant believes that any of the statements in plaintiff's summary of the record are inaccurate in any respect, defendant's brief shall include a footnote or section that lists each such statement and explains why each such statement is inaccurate. If

plaintiff believes that any of the statements in defendant's summary of the record are inaccurate in any respect, plaintiff's reply brief shall include a footnote or section that lists each such statement and explains why each such statement is inaccurate.

3. The Court does not impose any limitations on the length of briefs. That being said, the parties' briefs should present facts and argument without unnecessary repetition.

**SO ORDERED.**

DATED: New York, New York
November 12, 2026

VALERIE FIGUEREDO
United States Magistrate Judge